# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR JUAREZ-SUAREZ (1),<br><br>　　　　　　　　Defendant. | Case No. 18CR5368-H<br><br>Booking No. 72981-298<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the unopposed motion of the United States, the Court grants the Government's motion to dismiss without prejudice the Information in the above entitled case against Defendant Cesar Juarez-Suarez. The Defendant is hereby discharged and the bond is hereby exonerated as to this case only.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: January 7, 2019

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-